DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES FAUSTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3005

[April 15, 2020]

**CORRECTED OPINION**

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 502008CF017526CXX.

Charles Faustin, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Johnson v. State*, 276 So 3d 314 (Fla. 4th DCA 2019).

LEVINE, C.J., GROSS and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***